# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GARCIA,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>F. ROULK, Warden,<br><br>　　　　　Respondent. | Case No. 1:14-cv-00461-AWI-SKO  HC<br><br>ORDER DIRECTING RESPONDENT TO SUPPLEMENT THE LODGED RECORD |

The Court hereby DIRECTS the Respondent to supplement the state record in the above-captioned matter, lodged in paper on July 3, 2014, with the following:

1. A copy of the abstract of judgment and sentencing order in the underlying case (*People v. Garcia*, California Superior Court, Kings County No. 12W0122A); and

2. A copy of the "inoperative notice of appeal" filed by Petitioner in an unspecified state court on July 17, 2012, together with all associated orders and documentation.

Respondent shall file the requested supplemental materials no later than thirty (30) days from the date of this order.

IT IS SO ORDERED.

　Dated:　**June 26, 2015**　　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE