# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GARCIA,<br><br>    Petitioner,<br><br>  v.<br><br>F. ROULK, Warden,<br><br>    Respondent. | Case No. 1:14-cv-00461-AWI-SKO  HC<br><br>ORDER DIRECTING RESPONDENT TO PROVIDE OPINION OF CALIFORNIA COURT OF APPEAL |

In his answer to the petition in this case, Respondent refers to the California Court of Appeals' decision granting the petition in *In re Miguel Garcia* (F065733), purportedly included in the record as lodge document 4. As filed with the Court, however, lodged document 4 includes the Court of Appeals' order directing Respondent to file his response to the petition, not the Court of Appeals' decision.

Accordingly, the Court DIRECTS Respondent to file a copy of the California Court of Appeals' decision granting the petition in *In re Miguel Garcia* (F065733) no later than fourteen days from the date of this order. This order requires no action by Petitioner.

IT IS SO ORDERED.

Dated:  **September 11, 2015**            **/s/ Sheila K. Oberto**
                            UNITED STATES MAGISTRATE JUDGE