UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GARCIA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>FRED FOULK, Warden at High Desert State Prison,<br><br>　　　　　Respondent. | Case No. 1:14-cv-00461-AWI-SKO  HC<br><br>**ORDER TO SHOW CAUSE WHY RESPONDENT SHOULD NOT BE SANCTIONED FOR FAILURE TO RESPOND TO THE COURT'S ORDER**<br><br>**(Doc. 30)**<br><br>**RESPONSE DUE WITHIN 15 DAYS** |

　　　　On September 11, 2015, the Court entered an order directing Respondent to supplement the record by providing a copy of the California Court of Appeals' decision granting the petition in *In re Miguel Garcia* (FO65733), which Respondent had purportedly included in the record as lodged document 4.  As filed with the Court, lodged document 4 did not include a copy of the decision.  Although the date by which Respondent was to have supplemented the record has now passed, Respondent has not responded to the Court's order.

　　　　The Court has discretion to impose any and all sanctions authorized by statute or Rule or within the inherent power of the Court, based on Respondent's failure to comply with the Court's order.  F.R.Civ.P. 11; Local Rule 110.

　　　　Accordingly, the Court hereby ORDERS that within 15 days from the date of this order, Respondent shall file a written response to the Court, showing cause why sanctions should not be

1

imposed against him for failure to obey the Court's order of September 11, 2015.  Compliance with the Court's order of September 11, 2015, shall be considered an appropriate response.

IT IS SO ORDERED.

Dated:     **September 29, 2015**                              **/s/ Sheila K. Oberto**
                                                           UNITED STATES MAGISTRATE JUDGE