# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GARCIA,<br><br>    Petitioner,<br><br>  v.<br><br>F. FOULK, Warden,<br><br>    Respondent. | Case No. 1:14-cv-00461-AWI-SKO  HC<br><br>ORDER CLARIFYING DOCUMENT 30 AND DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Doc. 31) |

Petitioner, a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, moves for (1) clarification of the Court's September 11, 2015, order (Doc. 30) directing Respondent to file supplemental information and (2) appointment of counsel.

The petition, response, and reply have been filed, and this case awaits decision. On September 11, 2015, however, the Court discovered that Respondent had inadvertently provided the wrong document in an exhibit purportedly including the decision of the California Court of Appeals. Accordingly, the Court ordered Respondent to file the proper document with the Court. The order explicitly stated that no action was required of Petitioner Miguel Garcia. After Respondent failed to file the document within the time ordered, the Court issued an order for Respondent to show cause why he should not be disciplined for failure to comply with the Court's order. Again, no action was required of Petitioner.

///

1

Petitioner also moves for appointment of counsel. In habeas proceedings, no absolute right to appointment of counsel currently exists. *See, e.g., Anderson v. Heinze*, 258 F.2d 479, 481 (9th Cir. 1958); *Mitchell v. Wyrick*, 727 F.2d 773, 774 (8th Cir. 1984). Nonetheless, a court may appoint counsel at any stage of the case "if the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B); Rule 8(c), Rules Governing Section 2254 Cases.

In the above-captioned case, the Court finds no evidence that the interests of justice require the appointment of counsel at this time. All requisite pleadings and briefs have been filed, and resolution of the petition awaits only the Respondent's submission of a missing state court document.

Accordingly, the Court hereby DENIES Petitioner's motion for appointment of counsel.

IT IS SO ORDERED.

Dated: **September 30, 2015**          **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE