# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GARCIA,<br><br>    Petitioner,<br><br>    v.<br><br>F. FOULK, Warden,<br><br>    Respondent. | Case No. 1:14-cv-00461-AWI-SKO HC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**(Doc. 32)** |

    On September 11, 2015, the Court entered an order directing Respondent to supplement the record with a copy of the opinion of the California Court of Appeal, which appeared to have been inadvertently omitted from the state record provided to the Court. Although the Court ordered Respondent to file the opinion within fourteen days, Respondent failed to file the document or to respond to the order in any other way. Accordingly, on September 29, 2015, the Court issued an order to show cause why Respondent should not be sanctioned for failure to file a copy of the opinion. Respondent filed the opinion on September 30, 2015.

    Accordingly, the Court hereby ORDERS that the order to show cause issued September 29, 2015 (Doc. 32), is hereby discharged.

IT IS SO ORDERED.

Dated: **October 13, 2015**                    **/s/ Sheila K. Oberto**
                                                                UNITED STATES MAGISTRATE JUDGE