# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GARCIA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>F. FOULK, Warden,<br><br>　　　　Respondent. | Case No. 1:14-cv-00461-AWI-SKO  HC<br><br>ORDER CLARIFYING DOCUMENT 36<br><br>(Doc. 36) |

Petitioner, a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, moves for clarification of the Court's September 29, 2015, order to show cause (Doc. 32) regarding Respondent's failure to file supplemental information according to the Court's prior order. Respondent subsequently provided the missing document, and the order to show cause was discharged. The Court is currently addressing the petition. No action is presently required of Petitioner.

IT IS SO ORDERED.

Dated:   **October 15, 2015**　　　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1